IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Anderson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>2nd Chance Treatment Centers PLLC,<br><br>　　　　Defendant. | No. CV-19-00337-PHX-DLR<br><br>**ORDER** |

　　　The Court has reviewed the parties' Notice of Settlement and Stipulation to Dismiss Case with Prejudice. (Doc. 23.) For good cause shown,

　　　**IT IS ORDERED** that the case is dismissed with prejudice with each side to bear their own attorneys' fees and costs.

　　　Dated this 16th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge